# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:03CR64

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| STEVEN ANTHONY ENSLEY ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion for early termination of his supervised release. The Government opposes the relief sought. **See Defendant's Letter, filed April 2, 2009; Government's Response to Defendant's Motion to Terminate Supervision, filed April 3, 2009.**

The Court *may*, after giving consideration to the factors enumerated in 18 U.S.C. § 3553, terminate a term of supervised release and discharge the defendant from supervision after the expiration of one year of supervised release. **18 U.S.C. § 3583(e)(1).** However, for the reasons set forth in the Government's response to Defendant's request, the Court declines to do so.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for early termination of his supervised release is **DENIED.**

Signed: April 3, 2009

Lacy H. Thornburg
United States District Judge